JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT CASADINE on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: CV 12-10078-DMG (CWx)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Final Approval of Class Action Settlement entered on September 24, 2015, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Stipulation and Settlement Agreement entered into between Plaintiffs KURT CASADINE and ALFRED GUERRERO and Defendant MAXIM HEALTHCARE SERVICES, INC. ("the Settlement" [Doc. # 90-2, Exh. A]), shall be incorporated into this Judgment as though all terms therein are set forth in full.

2. Judgment is entered pursuant to the terms of the Settlement, except as to Christine Kirchner, the sole class member who opted out of the Settlement.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over this action, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement and the Final Approval Order.

**IT IS SO ORDERED.**

DATED:  September 25, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE